IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Douglas Jefts,<br><br>    Petitioner,<br><br>v.<br><br>A. Dulgov,<br><br>    Respondent. | No. CV-24-00110-TUC-JGZ<br><br>**ORDER** |

  Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Bruce G. Macdonald. (Doc 9.) Magistrate Judge Macdonald recommends denying Petitioner's 28 U.S.C § 2241 Petition for a Writ of Habeas Corpus by a Person in Federal Custody for lack of subject matter jurisdiction. (*Id.*) Neither party has filed an objection to the R&R and the time to file objections has expired.

  This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

  There being no objection to the R&R, and good cause appearing, the Court will adopt Magistrate Judge Macdonald's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

**IT IS ORDERED:**

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 9) is **adopted**.
2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.
3. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 16th day of August, 2024.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge